```
IN THE UNITED STATES DISTRICT COURT
   FOR THE DISTRICT OF SOUTH CAROLINA
            SPARTANBURG DIVISION
```

| | |
|---|---|
| United States of America | ) |
| | )     Cr. No. 7:17-527-HMH |
| vs. | )     **OPINION & ORDER** |
| Thomas Edward Norman, | ) |
|                Movant. | ) |

This matter is before the court on Thomas Edward Norman's motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255. After reviewing the motion, the court orders the Government to respond to the motion within twenty (20) days of the date of this order unless a transcript is required. If a transcript is required, the Government is ordered to respond within twenty (20) days from receipt of the transcript.

     **IT IS SO ORDERED.**

                                                                                      s/Henry M. Herlong, Jr.
                                                                                     Senior United States District Judge

Greenville, South Carolina
March 3, 2020